

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2016

No. 04-15-00595-CR

David **ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8109
Honorable Ray Olivarri, Judge Presiding

## O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on August 4, 2016. *See* TEX. R. APP. P. 38.6(a). On the day after the brief was due, and on two subsequent dates, Appellant's counsel notified this court by telephone that she was diligently preparing the brief but it was not yet complete. On August 19, 2016, Appellant filed a motion for extension of time to file the brief until August 26, 2016.

Appellant's motion is GRANTED. We again warn Appellant that **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2016.

_____
Keith E. Hottle
Clerk of Court